UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAWNA L. WEATHERUP,

    Plaintiff,

v.    Case No. 8:05-cv-1669-T-24MAP

SHAWN M. WEATHERUP, ET AL.,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court on its own. The mediation deadline in this case is April 21, 2006. Plaintiff is directed to file a notice by March 14, 2006, that informs the Court of the date of the parties' mediation and the mediator that the parties have selected.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of March, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record