**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SHAWNA L. WEATHERUP,**

       **Plaintiff,**

**v.**                                                   **Case No. 8:05-cv-1669-T-24TBM**

**SHAWN M. WEATHERUP, et al.,**

       **Defendants.**

_____/

**O R D E R**

THIS MATTER is before the court on the **Motion of Defendants Attorney Title Services, Miles, and Bakkalapulo to Compel Plaintiff, Shawna L. Weatherup, to Appear at Deposition** (Doc. 32).  By their motion, Defendants seek an Order compelling Plaintiff to appear for deposition in Tampa, Florida, on a date certain.[1]  Defendants contend that they have been unsuccessful in scheduling Plaintiff's deposition because Plaintiff's attorney has failed to provide dates that Plaintiff is available for deposition.  Plaintiff disputes Defendants' contention.[2]  Plaintiff asserts that she will submit to deposition, but she urges that it should be conducted in her home state of California.  In the alternative, Plaintiff requests that she be permitted to appear by telephone or videoconferencing, and, if she is ordered to appear in

_____

[1]Defendants requested that Plaintiff's deposition be scheduled on or before May 15, 2006.  After Defendants filed the instant motion, the discovery deadline of May 1, 2006, was extended to August 1, 2006.  See (Doc. 39).

[2]In support thereof, Plaintiff files the declaration of her former attorney, Stanley Becker, and the declaration of her current attorney, George S. Wass.  See (Docs. 41-42).

Tampa, Florida, she requests that Defendants be ordered to pay travel and accommodation costs.

Upon consideration and review of the pertinent pleadings, Defendants' motion (Doc. 32) is GRANTED in part.  Plaintiff's deposition shall be scheduled upon agreement of the parties within forty-five (45) days from the date of this Order.  The parties shall confer regarding the location of deposition and the possibility of conducting it by telephone or other remote electronic means in accordance with Fed. R. Civ. P. 30(b)(7).  The Plaintiff is advised, however, that it is the general policy of this court that a non-resident Plaintiff may reasonably be deposed at least once in this district during the discovery stages of the case.  See Local Rule 3.04(b).  In all other aspects, Defendants' motion (Doc. 32) is denied.

**Done and Ordered** in Tampa, Florida, this 19th day of May 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record