UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAWNA L. WEATHERUP,

        Plaintiff,

v.                                                    Case No.  8:05-cv-1669-T-24MAP

SHAWN M. WEATHERUP, ET AL.,

        Defendants.

_____/

# **O R D E R**

      This cause comes before the Court for consideration of the motion of Stanley M. Becker

("Becker") titled Motion for Leave to Withdraw as Counsel of Record (Doc. No. 56) and

Plaintiff's filing titled "Combined Notices of Plaintiff's Intent to Proceed In Pro Se Pending

Retaining of New Counsel; To Reschedule Her Deposition At The Earliest Possible Date; And

To Reschedule Mediation At The Earliest Possible Date After All Of The Plaintiff's Counsels Of

Record Have Substituted Out of Case" (Doc. No. 58).  In her notice, Plaintiff states her intention

"to proceed in this case IN PRO SE, until such time that new counsel may be retained, and

pending the substituting off of this case, all of her counsels or record."[1]   Based upon her notice,

the Court considers Plaintiff as proceeding pro se in this matter.

_____

      [1]On November 9, 2005, this Court granted the motion of Plaintiff's counsel, Stanley M.
Becker ("Becker"), to appear pro hac vice and directed Becker to file a written designation and
consent to act of local counsel  (Doc. No. 21).  On December 5, 2005, Becker filed a Notice of
Designation of Local Counsel which designated Mahlon H. Barlow ("Barlow") as local counsel
(Doc. No. 23).  This Court previously permitted George S. Wass ("Wass") and Lawrence C.
Ecoff ("Ecoff") to withdraw as counsel of record for Plaintiff in this matter (Doc. No. 55).

On July 7, 2006, this Court directed Plaintiff to file a notice by July 24, 2006, which informs the Court of the dates for a rescheduled mediation and her deposition (Doc. No. 55).  In her notice, Plaintiff contends that since she is still represented by counsel she "has no capacity whatsoever to reschedule the dates, times, and places for the rescheduling of said matters."  As Plaintiff is now unequivocally proceeding pro se, she is directed to confer with Defendants' counsel and schedule a time for mediation and her deposition and file a notice with the Court no later than August 11, 2006, with the dates for the rescheduled mediation and her deposition.

On July 26, 2006, Defendants Attorney Title Services, Inc., Sheryl J. Miles, and Louis Bakkalapulo filed a motion to dismiss pursuant to Fed. R. Civ. P. 37(d) based in part upon Plaintiff's failure to appear at two depositions (Doc. No. 60).  At this juncture, the Court denies the motion to dismiss without prejudice.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1)     The Motion for Leave to Withdraw as Counsel of Record (Doc. No. 56) is

**GRANTED**.  Plaintiff's counsel Becker is granted leave to withdraw as counsel of record for Plaintiff in this matter.  Furthermore, in light of Plaintiff's notice, Plaintiff's counsel Barlow is terminated as counsel of record for Plaintiff in this matter.

(2)     The Court considers Plaintiff as proceeding pro se in this matter.

(3)     On or before August 11, 2006, Plaintiff shall file a notice which informs the Court of the dates for a rescheduled mediation and her deposition.  Failure to do so could result in the Court's dismissal of the case.

(4)     Defendants Attorney Title Services, Inc., Sheryl J. Miles, and Louis

2

Bakkalapulo's motion to dismiss (Doc. No. 60) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** at Tampa, Florida, this 28th day of July, 2006.

*Susan C. Bucklew*

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Shawna Weatherup (n/k/a Shawna Burford)
    44375 Willow Circle
    La Quinta, CA 92253
Counsel of Record